**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7989**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

RODERICK ARNEZ WHITAKER, a/k/a Snoop,

              Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (5:09-cr-00125-BR-1)

Submitted: April 21, 2016         Decided: April 26, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roderick Arnez Whitaker, Appellant Pro Se. Banumathi Rangarajan, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roderick Arnez Whitaker appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction based on Amendment 782 to the Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we deny Whitaker's motion for appointment of counsel and affirm for the reasons stated by the district court. See United States v. Whitaker, No. 5:09-cr-00125-BR-1 (E.D.N.C. Sept. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

AFFIRMED